# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN STANLEY, *et al.*, | : | CIVIL ACTION NO. 16-CV-386 |
| Plaintiffs, | : | JUDGE GRAHAM |
| v. | : | MAGISTRATE JUDGE DEAVERS |
| TURNER OIL & GAS PROPERTIES, INC., | : | |
| Defendant. | : | |

### PLAINTIFFS' COUNSELS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS

On May 10, 2018, Plaintiff's counsel filed a Motion for an Award of Attorney Fees and Reimbursement of Costs [Docket No. 121]. The fees and costs requested by Plaintiff's counsel were based on thirty percent (30%) of the $166,553.20 settlement fund remaining after proportionate reductions for individuals who chose to opt-out of the settlement. Total fees and costs requested were $49,965.96.

On May 16, 2018, Counsel received the opt-out form for Michael Ritz, which was postmarked April 21, 2018. Apparently the form had been temporarily lost in the mail, but remained valid because the postmark was within the time specified by the Court. Mr. Ritz's opt-out results in a reduction to the settlement fund of $1,430.96, for a new settlement fund of $165,122.24, 30% of which is $49,536.67.

In light of the foregoing, and based on the arguments set forth in the original Memorandum in Support of their motion, Plaintiffs' counsel request a revised award of attorney fees and costs in the amount of $49,536.67.

|  |  |
|---|---|
| | Respectfully submitted, |
| | By: */s/ Edward R. Forman* |
| | Edward R. Forman (0076651) |
| | (*eforman@marshallandmorrow.com*) |
| | John S. Marshall (0015160) |
| **OF COUNSEL:** | (*jmarshall@marshallandmorrow.com*) |
| Louis A. Jacobs (002101) | Samuel M. Schlein (0092194) |
| (*LAJOhio@aol.com*) | *(sschlein@marshallandmorrow.com)* |
| 177 19th St., Apt. 9C | MARSHALL AND MORROW LLC |
| Oakland, CA 94612 | 250 Civic Center Dr., Suite 480 |
| (614) 203-1255 | Columbus, Ohio 43215-5296 |
| Fax (510) 250-9007 | (614) 463-9790 |
| | Fax (614) 463-9780 |
| | Matthew A. Schwartz (0079453) |
| | 230 Durand St |
| | Pickerington, OH 43147 |
| | 614-949-9749 |
| | 614-321-3964 |
| | MSchwartzLaw@Gmail.com |
| | *Attorney for Plaintiffs* |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed with the Court on this 17th day of May, 2018 using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By: */s/ Edward R. Forman*
Edward R. Forman (0076651)