# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JONATHAN STANLEY, et al.,** | Case No. 2:16-cv-386 |
| Plaintiffs, | |
| v. | Judge Graham |
| **TURNER OIL & GAS PROPERTIES, INC.,** | Magistrate Judge Deavers |
| Defendant. | |

## ORDER

This matter is before the Court on Magistrate Judge Deavers's Report and Recommendation. (Doc. 132). The R&R recommends granting two motions: (1) Plaintiffs' Motion for Attorney Fees, (Doc. 121); (2) the parties' Joint Motion for Approval of Class Action Settlement, (Doc. 127). But the R&R conditioned this recommendation on Plaintiffs' counsel submitting additional information identified in the R&R.

Counsel has provided the additional information requested in the R&R, including a calculation breakdown showing how counsel determined the proportionate reduction to the settlement fund, a total list of anticipated payouts to the class members, and a clarification of the amount of the *cy pres* fund and the name of the recipient charities. (*See* Doc. 133). No objections to the R&R were filed.

The Court finds that the R&R is thorough, well-reasoned, and the Court agrees with its conclusions in full. Accordingly, the Court hereby **ADOPTS** the R&R. (Doc. 132). The pending motions are **GRANTED**, (Docs. 121, 127), as more fully described in the R&R.

IT IS SO ORDERED.

                                                                            s/ James L. Graham
                                                                            JAMES L. GRAHAM
                                                                            United States District Judge

DATE: August 30, 2018